**Order of October 16, 2014 Withdrawn; Appeal Reinstated and Order filed December 23, 2014.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-13-00512-CR

————————

**RONALD CROW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 21st District Court
Washington County, Texas
Trial Court Cause No. 16373**

## ORDER

Appellant is represented by retained counsel, Sylvia Cedillo. No reporter's record or brief has been filed. The trial court has previously determined that appellant is not indigent for purposes of a free record or appointment of counsel on appeal. Rule 38.8 provides that we will not dismiss or consider the appeal without a reporter's record or brief unless it is shown the appellant no longer desires to

prosecute his appeal or that he is not indigent and has failed to make necessary arrangements for filing a brief. Tex. R. App. P. 38.8.

A hearing has already been held as required under Rule 38.8. At that hearing, the trial court found that appellant is not indigent. On May 30, 2014, this court ordered appellant to make sufficient payment for the reporter's record and to file the record on or before July 3, 2014. On July 7, 2014, Wendy L. Kirby, the official court reporter for the 21st District Court notified this court that the payment she received is insufficient as a deposit toward the reporter's record. Because the trial court has already held one hearing to make the findings required under Rule 38.8, and we can find nothing in the rules or case law that requires this court to send this matter back to the trial court a second time, we decline to do so.

On July 10, 2014, this court ordered appellant to file a reporter's record in this appeal on or before August 14, 2014. On August 18, 2014, Wendy L. Kirby, the official court reporter for the 21st District Court notified this court that the payment she received is still insufficient as a deposit toward the reporter's record. On August 21, 2014, this court ordered appellant to file a brief on or before September 22, 2014. No brief was filed. Accordingly, we issue the following order:

On October 16, 2014, this court ordered the trial court to hold another hearing to determine if appellant desired to prosecute his appeal, and the reason for the delay in filing the record. The trial court has scheduled two hearings in accordance with this court's order. Appellant, who is free on bond, did not appear at either setting. Appellant has still failed to file a reporter's record or a brief. Accordingly, we withdraw our order of October 16, 2014, reinstate the appeal, and issue the following order:

We ORDER appellant's retained counsel, Sylvia Cedillo, to file a brief in this appeal on or before January 13, 2015. If appellant or Sylvia Cedillo does not timely file the brief as ordered, the appeal will be considered on the record before the court. *See* Tex. R. App. P. 38.8(b)(4).

PER CURIAM